**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1246**

_____

EARL S. GORDON,

Plaintiff - Appellant,

versus

HARRY CHASE, Executive Director; MARYLAND
HEALTH CARE DEPARTMENT; WHITEHEAD, TAYLOR AND
PRESTON L.L.P.; LOUIE W. SHAW, Attorney;
RICHARD KIDWELL; ELIAS ZERHOUNI, MD; RONALD
PETERSON, CEO; SHEILA SHETHS, MD; ARTHUR
BURNETT, MD; URSELA WESSELMAN, MD; RAY
STUTZMAN, MD; PAMELA COLEMAN, MD; BOU AND BOU;
GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HEALTH; ALFRED F. BELCUORE; ALEX
KLADAKIS, Doctor; GREATER BALTIMORE MEDICAL
CENTER; L. H. HARRIS, MD; PAUL BARNETT, MD;
ALAN BELZBURG, MD; THE JOHNS HOPKINS HOSPITAL,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-04-
1013-AMD)

_____

Submitted: July 27, 2005            Decided: August 1, 2005

_____

Before KING, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Earl S. Gordon, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Earl S. Gordon appeals the district court's orders denying relief on his civil complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Gordon v. Chase, No. CA-04-1013-AMD (D. Md. June 18, 2004; filed Feb. 17, 2005 & entered Feb. 22, 2005). Gordon's motion for a restraining order is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED